**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**IN THE MATTER OF**

**Material Witness:**                                                    Case Number: 8:04-cr-154-T-24TBM
**JOHN GARZA WASHINGTON**

_____/

**O R D E R**

This cause is before the court on the **United States' Emergency Motion to Take Videotape Deposition of Witness Who Will be Unavailable at Trial** (Doc. S-19). By the motion, the government seeks an order pursuant to Fed. R. Crim. P. 15 authorizing the taking of a video deposition of the above named material witness in the case of *United States v. Robroy Williams, et al.*, Case No. 8:04-cr-158-T-24TBM.[1] Further, the government seeks to unseal the motion, the application and affidavit for material witness warrant, and the order for warrant. (Docs. S-10 thru S-12). Heretofore, the court appointed counsel (Doc. S-15) for this individual and directed that because he was a foreign national and subject to impending deportation, he be detained as a material witness (Doc. S-14). Counsel for the government and witness seek to avoid unnecessary lengthy detention of this witness and request an order directing the deposition be conducted September 18, 2008.

Upon my consideration, a deposition conducted in accordance with Rule 15, and consistent with the Federal Rules of Evidence and the Sixth Amendment to the United States Constitution will avoid a lengthy pretrial detention of this witness without a failure of justice to the Defendants in the instant case. Thus, in the interest of justice, upon the conclusion that

---

[1] By the Indictment, all of the Defendants are charged with conspiracy to distribute cocaine, and Defendants Robroy Williams and Luis Arias are also charged with conspiracy to possess with intent to distribute five kilograms or more of cocaine.

the case presents exceptional circumstances, the motion (Doc. S-19) is **GRANTED.** The clerk shall unseal each of the referenced documents in addition to documents S-16 through S-19.

Pursuant to Rule 15, the government shall promptly give notice to all interested parties, including the U.S. Marshal, of the conduct of the depositions to begin at 9:30 a.m. on September 18, 2008, at Hearing Room 4B of the Sam M. Gibbons United States Court House, Tampa, Florida.  In conjunction with the Marshal, the government shall arrange for the presence of all the accused and their counsel at the deposition along with the witness and his counsel.  The government shall likewise arrange for the attendance of certified interpreter(s) as necessary and a court reporter.  The Marshal shall transport the Defendants and material witness to and from the courthouse on the appointed date.  Security within the hearing room shall be maintained as agreed to by the Marshal and agents of ICE.   The deposition shall be conducted and filed in the same manner as a deposition in a civil action and examination and cross-examination shall proceed as allowed in criminal trials.  Any statement of the deponent in the possession of the government shall be produced as if at trial pursuant to the Jencks Act.

A copy of this order shall likewise be filed in the public record of the court in the above styled case.

**Done and Ordered** in Tampa, Florida this 8th day of September 2008.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Kelley Howard-Allen, Assistant United States Attorney
Adam Allen, Attorney for Material Witness
Counsel for Defendants
U.S. Marshal